Certificate Number: 15322-PAE-DE-041597738

Bankruptcy Case Number: 26-14012

15322-PAE-DE-041597738

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2026, at 2:36 o'clock PM CDT, Elliot Matos completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 25, 2026

By: /s/Arleni Gonzalez

Name: Arleni Gonzalez

Title: Certified Credit Counselor